JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEN 109 LP dba DENNY'S #7425;<br>FRITZ MOLLER; and GEISELA<br>MOLLER,<br><br>  Defendants. | Case No. 2:14-cv-00538-ODW-MRW<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of Defendants as to the following violations:

  (1) the pipes underneath the lavatory are improperly wrapped;

  (2) the paper towel dispenser is mounted too high; and

  (3) the waste receptacle protrudes in the clear maneuvering space needed to access the water closet.

The Court dismisses with prejudice the following allegations for lack of standing:

  (1) the words "NO PARKING" is not painted within the access aisles;

  (2) incorrect signage posted at the van accessible parking space; and

  (3) the tow away signage posted is incorrect.

/ / /

/ / /

/ / /

/ / /

Judgement is hereby entered in favor of Plaintiff as follows:

    (1) Defendants shall remedy the location of the water closet stall door handle in compliance with California Building Code section 1115B.3.1.4.5.

    (2) Plaintiff is not entitled to damages under the Unruh Civil Rights Act or the California Disabled Persons Act.

**IT IS SO ORDERED.**

August 19, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**